IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HANNAH SCITES, | : |
| **Plaintiff,** | : |
| v. | : |
| INDEPENDENT SCHOLARSHIP, INC., d/b/a Valwood School, | : CASE NO: 7:23-cv-145 (WLS) |
| **Defendant.** | : |

## ORDER

Presently before the Court is the Joint Notice of Settlement (Doc. 9) ("Motion"). Therein, the Parties notify the Court that they have reached an amicable settlement resolving all claims and disputes in this action. The Parties are in the process of finalizing the settlement documents. The Court's Initial Discovery Order (Doc. 8) was entered January 30, 2024, scheduling an initial discovery conference for March 19, 2024, and requiring the Parties' to provide their proposed scheduling order by March 12, 2024. The Parties request that the Court stay the Initial Discovery Order to allow the Parties sufficient time to memorialize the settlement and jointly dismiss this action with prejudice.

For good cause, the Motion (Doc. 9) is **GRANTED**. The initial discovery conference scheduled for March 19, 2024, is removed from the Court's calendar, and the Parties are excused from delivering their proposed scheduling order.

To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file such joint stipulation of dismissal by **no later than Friday, April 12, 2024**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 12th day of March 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1