**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| HANNAH SCITES | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| INDEPENDENT SCHOLARSHIP, | : | CASE NO.: 7:23-CV-145 (WLS) |
| Inc., d/b/a Valwood School, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is a Stipulation of Voluntary Dismissal (Doc. 11), filed on April 12, 2024, and signed by both Parties. Therein, the Parties state that they stipulate to the dismissal of this action with prejudice, with each Party to bear its own attorney's fees and costs, except as specifically and expressly agreed by the Parties. (*Id.*)

Upon consideration thereof, it is **hereby ORDERED** that the Parties' Stipulation of Voluntary Dismissal (Doc. 11) is **ACCEPTED** and **GRANTED**. The Court **ORDERS** that all Plaintiff's claims pending against Defendant are **DISMISSED with prejudice** with each party bearing their own attorney's fees and costs, except as specifically and expressly agreed by the Parties.

**SO ORDERED**, this 15th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1