IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HANNAH SCITES, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-CV-145 (WLS) |
| | * |
| INDEPENDENT SCHOLARSHIP INC., | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated April 15, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 15th day of April, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk